SIGNED: June 28th, 2021
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re:<br>PANTHERA ENTERPRISES, LLC,<br>　　　　　　　　　Debtor | BK No. 2:19-bk-00787<br>Chapter 7 |
| AARON C. AMORE, Chapter 7 Trustee, et al.<br>　　　　　　　　　Plaintiffs<br>　v.<br>TR&L, LLC, et al.,<br>　　　　　　　　　Defendants<br>TR&L, LLC,<br>　　　　　Counterclaim Plaintiff<br>　v.<br>AARON C. AMORE, Chapter 7 Trustee, WEST VIRGINIA ECONOMIC DEVELOPMENT AUTHORITY, and PANTHERA TRAINING, LLC,<br>　　　　　Counterclaim Defendants | Adv. Case No.: 21-ap-00002 |

## STIPULATION OF DISMISSAL AND CONSENT ORDER

Plaintiffs Aaron A. Amore, Chapter 7 Trustee ("Trustee"), West Virginia Economic

Development Authority ("WVEDA"), and Panthera Training, LLC ("Training" and with Trustee

- 1 -

and WVEDA, "Plaintiffs") and defendants TR&L, LLC and SMI, LLC (together "Defendants"), by their respective counsel, announce that all claims asserted or that could have been asserted in this Adversary Proceeding by Plaintiffs against Defendants or by Defendants against Plaintiffs have been fully settled and compromised.  Based upon their settlement and compromise, the parties jointly stipulate to dismissal of this Adversary Proceeding with prejudice.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this Adversary Proceeding is hereby **DISMISSED, WITH PREJUDICE,** and shall be removed from the docket of this Court.

The Clerk is **DIRECTED** to transmit copies of this Stipulation of Dismissal and Consent Order to all counsel of record herein.

Submitted by:

*s/ Aaron C. Amore*
Aaron C. Amore (WV Bar No. 6455)
AMORE LAW, PLLC
206 West Liberty Street
Charles Town, WV  25414
aaron@amorelaw.com
*Counsel for Chapter 7 Trustee*
*Aaron C. Amore*

*s/ Debra Lee Allen*
Debra Lee Allen (WV Bar No. 9838)
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, West Virginia  26507-0615
dallen@spilmanlaw.com
*Counsel for West Virginia Economic Development Authority*

*s/ Kathy M. Santa Barbara*
Kathy M. Santa Barbara (WV Bar No. 5960)
The Law Office of
Kathy M. Santa Barbara, PLLC
518 West Stephen Street
Martinsburg, WV  25401
kathy@ksblawofc.com
*Counsel for TR&L, LLC and SMI, LLC*

| | |
|---|---|
| *s/ Douglas E. Kahle* | *s/ Julia A. Chincheck* |
| Douglas E. Kahle (VSB # 15964) | Julia A. Chincheck (WV Bar No. 718) |
| Admitted Pro Hac Vice | Zachary J. Rosencrance (WV Bar No. 13040) |
| 308 Cedar Lakes Drive, 2nd Floor | BOWLES RICE LLP |
| Chesapeake, VA  23322 | Post Office Box 1386 |
| DKahle@basnightkinser.com | Charleston, West Virginia 25325-1386 |
| *Counsel for Panthera Training, LLC* | jchincheck@bowlesrice.com |
| | zrosencrance@bowlesrice.com |
| | *Counsel for Panthera Training, LLC* |